# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

138390-1

SHERIF CUNMULAJ and DAWN CUNMULAJ,
    Plaintiffs-Appellants,

v

KRISTEN CHANEY and HAROLD SCHOTT,
    Defendants-Appellees.

_____/

SHERIF CUNMULAJ and DAWN CUNMULAJ,
    Plaintiffs-Appellants,

v

MICHIGAN STATE UNIVERSITY,
    Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138390
COA: 282264
Ingham CC: 07-000031-NZ

SC: 138391
COA: 282265
Ct of Claims: 07-000073-MK

On order of the Court, the application for leave to appeal the February 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

0518

_____
Clerk